# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KYLE YOUNG,<br><br>Defendant. | CR-14-104-GF-BMM<br><br>**ORDER** |

Defendant Kyle Young has moved for early termination of his current term of supervised release. (Doc. 44.) The Government opposes the motion. (Doc. 47.) Young's probation officer objects to the motion. (Doc. 44 at 2.) The Court conducted a hearing on the motion on September 27, 2018. For the reasons below, the Court will grant Young's motion.

Young pleaded guilty to assault resulting in serious bodily injury. The Court sentenced Young to 30 months imprisonment followed by two years of supervised release (Doc. 40.) Young's supervised release commenced on December 22, 2016, and will end on December 21, 2018. Young has completed approximately 21 months of his supervised release.

Federal law authorizes a defendant to move for termination of his supervised release after successfully completing one year if the Court is satisfied that such action remains "warranted by the conduct of the defendant and the interests of

justice." 18 U.S.C. § 3564(c) The Court must consider the factors in 18 U.S.C. § 3553(a) when evaluating whether to terminate a term of supervised release.

The record reflects that Young has complied with his supervision conditions. Young has demonstrated he is able to conform his conduct to the law. Young has obtained steady employment and has changed his lifestyle to address the Court's obligations. (Doc. 45 at 3-4.) Young does not pose a threat to the community. The factors in 18 U.S.C. § 3553 support an early termination of supervised release.

Accordingly, **IT IS ORDERED**:

1. Defendant's Motion for Early Termination of Supervised Release (Doc. 44) is **GRANTED**.

DATED this 27th day of September, 2018

Brian Morris
United States District Court Judge